Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTONIO JARAMILLO,<br><br>        Defendant.<br>_____ | CASE: 6:12-MJ-0103-MJS<br><br>STIPULATION TO MOVE<br> STATUS CONFERENCE DATE<br>AND ORDER THEREON.<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, Defendant, Antonio Jaramillo, and his attorney of record, Andras Farkas, that the Status Conference in the above-captioned matter currently scheduled for January 16, 2013, be moved to March 20, 2013, at 10:00 a.m.  Sacramento DOJ lab informed the Government officer that lab results are significantly delayed due to a back up in work and the results would be available in eight weeks.

Dated: January 10, 2013          /s/ Matthew McNease
                                 Matthew McNease
                                 Acting Legal Officer for
                                 National Park Service

Dated: January 10, 2013          /s/ Andras Farkas
                                 Andras Farkas
                                 Attorney for
                                 Antonio Jaramillo

* * * ORDER * * *

The Court, having reviewed the above request to move the Status Conference, now set for January 16, 2013, to March 20, 2013, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

> The Status Conference set for January 16, 2013, at 10:00 a.m. in case number 6:12-mj-103-MJS, *United States of America vs. Antonio Jaramillo*, is moved to March 20, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 10, 2013                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

2