Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO JARAMILLO,<br><br>　　　　　Defendant. | DOCKET NO. 6:12-MJ-103-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　Defendant, Antonio JARAMILLO, was arrested October 5, 2012, in Yosemite National Park and charged with three counts in a complaint: Count 1: driving under the influence; Count 2: possession of a controlled substance (marijuana); and Count 3: operate a motor vehicle without due car. JARAMILLO plead guilty May 22, 2013, to Count 3, and all other counts were dismissed. JARAMILLO was sentenced to pay a fine of $250, complete 25 hours of community service and 12 months of unsupervised probation. The Government alleges Antonio JARAMILLO has violated the following condition(s) of his unsupervised probation:

<u>CHARGE ONE</u>:　　FAILURE TO COMPLETE COMMUNITY SERVICE

　　　JARAMILLO was ordered to complete 25 hours of community service. To date, the Yosemite Legal Office has not received any proof of completion of community

1

service by JARAMLLIO.

CHARGE TWO:     FAILURE TO OBEY ALL LAWS

JARAMILLO was cited on July 17, 2013, for failing to stop before the line at an intersection and convicted on April 25, 2014. JARAMILLO was cited on October 8, 2013, for failing to have a drivers license in his possession and convicted on February 11, 2014. JARAMILLO was cited on January 29, 2014, for speeding and convicted on April 25, 2014. In addition, JARAMILLO's license was suspended March 9, 2014, for "Fail to Appear" and reinstated April 25, 2014.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Antonio Jaramillo*, 6:12-mj-103-MJS, be put back on calendar at a time convenient for the Court.

Dated: May 15, 2014

By: /s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

(XX)   Submit a Request for Warrant or Summons:

( )    Defendant to Appear at Yosemite District Courthouse:

IT IS SO ORDERED.

Dated:   May 15, 2014          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE